DORA ADDISON, Respondent, v. JOSEPH W. ADDISON, Appellant.— Order awarding alimony and counsel fee affirmed, with ten dollars costs and disburse-

54

ments. No opinion. Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ., concur.